

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00241-CV

**RFL, LLC** formerly known as Luby's Fuddruckers Restaurants, LLC (cross-appellee),
Appellant

v.

**TCP LAS PALMAS PARTNERS, LTD.** (cross-appellant),
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI07660
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting: Luz Elena D. Chapa, Justice
    Irene Rios Justice
    Beth Watkins, Justice[1]

Delivered and Filed: January 24, 2024

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties filed a joint motion to dismiss this appeal and cross-appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2). By agreement of the parties, we order all costs to be borne by the party that incurred them. *Id.*

PER CURIAM

---

[1] Not participating.